EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                         | 2021 TSPR 53      |
|                                |                   |
| María Cristina Falcón Font     | 206 DPR _____     |

Número del Caso: TS-15,462

Fecha: 20 de abril de 2021

Abogado de la parte peticionaria:

Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

María Cristina Falcón Font

TS-15,462

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de abril de 2021.

Evaluada la *Moción para la reinstalación al ejercicio de la abogacía por inactivación voluntaria* presentada por la Sra. María Cristina Falcón Font, se provee ha lugar. Se le readmite al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo